FILED IN
1ST COURT OF APPEALS
HOURTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK

Dear Christopher,

I'm sending you this $25.00 money order in regards to my court of Appeals Number: 01-98-00506-CR; Trial Court Case Number: 779737 for my finders fee. I would like to know what All is in my records such as voil dire, jury charge, court transcripts, Sentencing transcripts, jury instructions etc. and how many pages is in each. Thank You very much for your Generous Help In This Matter. May God Bless You.

Sincerely,

S/ Robert Mitchell Alexander

Robert mitchell Alexander
TDCJ-ID# 830440
Mark W. Stiles Unit
3060 Fm 3514
Beaumont, TX 77205-763560

P.S. I would like to purchase my punishment transcripts I need to know how many pages.
Is their any way you can find the police report.

Robert Alexander
830440 185-68
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705-763860

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK



c/o Christopher A. Prine
Clerk of Court
Court of Appeals 1st District
301 Fannin Street
Houston, Texas 77002-2066

NORTH HOUSTON TX 773

25 FEB 2015 PM 1

FOREVER
USA

Bank Swallow

7700220669